No. 157. VALLEYDALE PACKERS, INC., OF BRISTOL *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied. *George V. Gardner* and *Asa Ambrister* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli, Norton J. Come,* and *Elliott Moore* for respondent.

No. 165. MOJAVE URANIUM CO. *v.* MESA PETROLEUM Co. Sup. Ct. Utah. Certiorari denied. *Delbert M. Draper, Jr.,* for petitioner. *Clarence C. Neslen* for respondent.

No. 167. HART ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *George W. Wulff* for petitioners. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Kirby W. Patterson* for the United States.

No. 168. BELVEAL ET AL. *v.* SOCONY MOBIL OIL CORP. (NOW MOBIL OIL CORP.) ET AL. Ct. Civ. App. Tex., 8th Sup. Jud. Dist. Certiorari denied. *John G. Patterson* for petitioners. *Wm. B. Browder, Jr.,* for Mobil Oil Corp., and *E. B. Mitchell, Jr., Gerald Fitz-Gerald,* and *William L. Kerr* for Athey et al., respondents.

No. 174. SHEINER *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Albert A. Blinder* and *Stephen Hochhauser* for petitioner. *Solicitor General Griswold* for the United States.

No. 178. K–S–H PLASTICS, INC. *v.* CAROLITE, INC., ET AL. C. A. 9th Cir. Certiorari denied. *Owen J. Ooms* for petitioner. *W. Robert Spensley* for respondents.